**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **International Auto Group of South Florida, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **20-4222331**

**4. Debtor's address**

**Principal place of business**

**6500A Powerline Road**
**Fort Lauderdale, FL 33309**
Number, Street, City, State & ZIP Code

**Broward**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **www.iagclassics.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______

District ______ When ______ Case number, if known ______

Debtor **International Auto Group of South Florida, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **International Auto Group of South Florida, Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 16, 2017**
MM / DD / YYYY

X **/s/ Arthur Siegle**
Signature of authorized representative of debtor

**Arthur Siegle**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Bradley S. Shraiberg**
Signature of attorney for debtor

Date **March 16, 2017**
MM / DD / YYYY

**Bradley S. Shraiberg**
Printed name

**Shraiberg Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800** Email address **bss@sflp.law**

**121622**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **International Auto Group of South Florida, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 16, 2017**

*X* **/s/ Arthur Siegle**
Signature of individual signing on behalf of debtor

**Arthur Siegle**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **International Auto Group of South Florida, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2nd City Leasing<br>3351 W. Addison Street<br>Chicago, IL 60618** | | **Vehicle Lease** | | | | **$45,000.00** |
| **Alon Kalidyn<br>6132 NW 88th Ave<br>Parkland, FL 33067** | | **Loan** | | | | **$150,000.00** |
| **AT&T<br>PO Box 70529<br>Charlotte, NC 28272-0529** | | | | | | **$0.00** |
| **Avmed<br>4300 NW 89th Blvd<br>Gainesville, FL 32606** | | | | | | **$0.00** |
| **David Bitton<br>5761 Honore de Balzac<br>Cote-Saint-Luc, QC H4W1T3** | | **Loan** | | | | **$200,000.00** |
| **David Shteif<br>7137 NW 122nd Ave<br>Parkland, FL 33076** | | **Loan** | | | | **$200,000.00** |
| **Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801** | | **Computer Equipment** | | | | **$10,000.00** |
| **Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668** | | **For Information Purposes** | | | | **Unknown** |
| **FPL<br>General Mail Facility<br>Miami, FL 33188-0001** | | | | | | **$0.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **International Auto Group of South Florida, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Attn: Special Procedures P.O. Box 34045 Stop 572 Jacksonville, FL 32202** | | **For Information Purposes** | | | | **Unknown** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114** | | **For Information Purposes** | | | | **Unknown** |
| **JCN, LLC 60 NW 60th Street Fort Lauderdale, FL 33309** | | **Lease** | | | | **$850,000.00** |
| **Joseph Bilotti 2382 Falls Ridge Way Boca Raton, FL 33428** | | **Loan** | | | | **$130,000.00** |
| **Michael McCauley 7094 Skyline Drive Delray Beach, FL 33446** | | **Loan** | | | | **$200,000.00** |
| **Office of Attorney General State of Florida The Capitol PL-01 Tallahassee, FL 32399-1050** | | **For Information Purposes** | | | | **Unknown** |
| **Robert Cheney 3821 Miramar Ave Dallas, TX 75205** | | **Loan** | | | | **$150,000.00** |
| **SEC Headquarters 100 F Street, NE Washington, DC 20549** | | **For Information Purposes** | | | | **Unknown** |
| **Securities and Exchange Commission 801 Brickell Ave., Suite 1800 Miami, FL 33131** | | **For Information Purposes** | | | | **Unknown** |
| **Tom Branson 2111 N. Elliott Road Ajo, AZ 85321** | | **Loan** | | | | **$0.00** |
| **Zurich Insurance 1299 Zurich Way Schaumburg, IL 60196-1056** | | **Insurance** | | | | **$5,500.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re **International Auto Group of South Florida, Inc.** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arthur Siegle**<br>**6500A Powerline Road**<br>**Fort Lauderdale, FL 33309** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 16, 2017**

Signature **/s/ Arthur Siegle**
**Arthur Siegle**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re **International Auto Group of South Florida, Inc.** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 16, 2017**

**/s/ Arthur Siegle**
**Arthur Siegle**/**President**
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 

2nd City Leasing
3351 W. Addison Street
Chicago, IL 60618

Alon Kalidyn
6132 NW 88th Ave
Parkland, FL 33067

AT&T
PO Box 70529
Charlotte, NC 28272-0529

Automotive Finance Corporation
4350 Oakes Road
Suite 522
Davie, FL 33314

Automotive Finance Corporation
13085 Hamilton Crossing Blvd, Suite 300
Carmel, IN 46032

Avmed
4300 NW 89th Blvd
Gainesville, FL 32606

David Bitton
5761 Honore de Balzac
Cote-Saint-Luc, QC
H4W1T3

David Shteif
7137 NW 122nd Ave
Parkland, FL 33076

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

FPL
General Mail Facility
Miami, FL 33188-0001

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

JCN, LLC
60 NW 60th Street
Fort Lauderdale, FL 33309

Joseph Bilotti
2382 Falls Ridge Way
Boca Raton, FL 33428

Manheim Automotive Financial Services
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

Manheim Automotive Financial Services
c/o BTFS Filing Services
8351 Roswell Road, Suite 287
Atlanta, GA 30350

Michael McCauley
7094 Skyline Drive
Delray Beach, FL 33446

Nextgear Capital, Inc.
11799 NOrth College Ave
Carmel, IN 46032

Nextgear Capital, Inc.
1320 City Center Dr., Suite 100
Carmel, IN 46032

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Robert Cheney
3821 Miramar Ave
Dallas, TX 75205

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131

Tom Branson
2111 N. Elliott Road
Ajo, AZ 85321

United Healthcare
3100 SW 145th Ave
Hollywood, FL 33027

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

US Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394

Zurich Insurance
1299 Zurich Way
Schaumburg, IL 60196-1056